AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC 19 PM 3:33

CLERK

BY ___EU___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MUHAMET DEMAJ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  2:22-MJ-183-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 18, 2022__ in the county of __Orleans__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or recklessly disregarding the fact that an alien has come to and entered the United States in violation of law, and transporting the alien within the United States in furtherance of that violation. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Brian Wilda
*Complainant's signature*

Brian Wilda- BPA, Intel
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_FaceTime_ *(specify reliable electronic means)*

Date: __12/19/2022__

_Kevin J. Doyle_
*Judge's signature*

City and state: __Burlington, Vermont__    Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*