U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 14  AM 11: 10

CLERK
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMET DEMAJ,<br>　　　　Defendant. | Docket No. 2:23-cr-00007 |

## ORDER RELEASING PASSPORT

Defendant has been sentenced to a term of three years probation, and there is no condition requiring that his passport be withheld from him.

ACCORDINGLY it is hereby ordered that Defendant's passport be returned to him by the Probation Office of the Southern District of New York.

DATED at Burlington, Vermont this 14th day of May, 2024.

_____

Hon. Geoffrey W. Crawford

United States District Court Judge

1